Judge: Timothy W. Dore
Chapter: 13
Hearing Date: November 15, 2017
Hearing Time: 9:30 a.m.
Hearing Location:
    U.S. Bankruptcy Court
    700 Stewart St #8106
    Seattle, WA 98101
Response Date: November 08, 2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

ROBERT ALLEN WEAN, JR,

    Debtor(s).

IN CHAPTER 13 PROCEEDING
NO. 17-13630-TWD

OBJECTION TO EXEMPTIONS

    K. Michael Fitzgerald, Chapter 13 Trustee, by and through the undersigned, hereby objects to the exemptions filed by the above-named debtor, on the following grounds:

    The debtor claimed a $650,000.00 exemption for property described as "single family home" on Schedule C (ECF No. 1). The debtor did not cite any statutory authority for the claimed $650,000.00 exemption, nor is the Trustee aware of any applicable statute that would allow the debtor to claim this exemption.

    Furthermore, the Trustee asserts the following additional objections to debtor's exemptions:

    1. To the extent that debtor is attempting to claim an exemption in excess of the value permitted by federal or state law, the Trustee objects to the assertion of such exemptions.

    2. To the extent that the debtor is attempting to claim an exemption for property which is not permitted under federal or state law, or for property that has been concealed by the debtor, the Trustee objects to the assertion of such exemptions.

    3. To the extent that the actual value of an asset exceeds the valuation of the asset by the debtor, the Trustee objects to the claim of any exemption in that property.

OBJECTION TO EXEMPTIONS - 1

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282

The Trustee reserves the right to assert any other basis for his objection or to otherwise supplement or amend this objection at a later date.

WHEREFORE, the Trustee requests that the Court enter an order disallowing the debtor's exemptions as stated above.

Dated this 10th day of October, 2017

                                              */s/ Anna M. Park*, WSBA #42633 for
K. MICHAEL FITZGERALD
Chapter 13 Trustee

OBJECTION TO EXEMPTIONS - 2

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282

Case 17-13630-TWD    Doc 17    Filed 10/10/17    Ent. 10/10/17 14:06:51    Pg. 2 of 2