Entered on Docket November 14, 2017

**Below is the Order of the Court.**



_____
**Timothy W. Dore
U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>ROBERT ALLEN WEAN, JR,<br><br><br>Debtor(s). | IN CHAPTER 13 PROCEEDING<br>NO. 17-13630-TWD<br><br>ORDER DISALLOWING EXEMPTIONS |

THIS MATTER having come before the Court upon the Chapter 13 Trustee's objection to exemptions, proper notice having been given, and the Court being fully advised, it is

ORDERED that:

1) The Trustee's objection to exemptions is sustained; and

2) The debtor's claimed $650,000.00 exemption for the property described as "single family home" is disallowed.

3) This Order is without prejudice to the Debtor's right to amend his Schedule C to properly claim exemptions.

/ / /End of Order/ / /

Presented by:

*/s/ K. Michael Fitzgerald*
K. MICHAEL FITZGERALD, WSBA #8115
Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124

ORDER DISALLOWING EXEMPTIONS - 1

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282